IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

OWEN E. McDONNELL, JR.,             :
                                    :
     Plaintiff,                     :
                                    :
vs.                                 :
                                    :    CIVIL ACTION 14-0141-M
CAROLYN W. COLVIN,                  :
Social Security Commissioner,       :
                                    :
     Defendant.                     :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Owen E. McDonnell, Jr. and against Defendant Carolyn W. Colvin.

DONE this 8th day of October, 2014.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE