IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

OWEN E. McDONNELL, JR.,          :
                                 :
     Plaintiff,                  :
                                 :
vs.                              :        CIVIL ACTION 14-0141-M
                                 :
CAROLYN W. COLVIN,               :
Commission of Social Security,   :
                                 :
     Defendant.                  :

JUDGMENT

     In accordance with the Order entered this date, it is

**ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor

of Plaintiff Owen E. McDonnell, Jr. and against Defendant

Carolyn W. Colvin.  It is further **ORDERED** that Plaintiff be

**AWARDED** an EAJA Attorney's fee in the amount of $3,901.15.

     DONE this 10th day of February, 2015.


                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE